UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RONALD STILLMAN, et al.,

                Plaintiffs,

            - against -

READ AND SUCCEED, LLC, et al.,

                Defendants.
-----------------------------------------------------------X

ORDER

12-CV-3856 (JBW) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Tracey T. Barbaree, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 16, 2013, Ms. Barbaree shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Barbaree shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Barbaree shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       July 9, 2013

                                                                /s/
                                                   JAMES ORENSTEIN
                                                   U.S. Magistrate Judge