UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| RONALD STILLMAN and ALICIA THOMAS-PARTEE, Individually and on Behalf of All Other Persons Similarly Situated, | : ECF CASE :  : : No. 12-CV-3856 (JBW) (JO) |
| Plaintiff, | : : |
| -against- | : : : |
| READ AND SUCCEED, LLC, READ AND SUCCEED TODAY, LLC and TUTORS WITH COMPUTERS, LLC, Jointly and Severally, Defendants. | : : : : : : :: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PLAINTIFFS' AND THE CLASS MEMBERS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' and Class Members' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Certification of Douglas B. Lipsky ("Lipsky Cert."), and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

1.  Awarding to Class Counsel 1/3 of the $49,500.00 Settlement Fund (minus the service awards) for Attorneys' Fees and Expenses that equals $15,166.67, which includes (a) attorneys' fees in the amount of $16,170.00 and (b) $600.42 in reimbursable expenses;

    2.      Granting such other, further, or different relief as the court deems just and proper.

Dated: New York, New York
       July 17, 2013

BRONSON LIPSKY LLP

By: s/ Douglas B. Lipsky
    Douglas Lipsky (DL-9372)
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
Phone: 212.392.4772
Fax: 212.444.1030
dl@bronsonlipsky.com

Jeffrey M. Gottlieb (JG-7905)
nyjg@aol.com
Dana L. Gottlieb (DG-6151)
danalgottlieb@aol.com
GOTTLIEB & ASSOCIATES
150 East 18th Street, Suite PHR
New York, New York 10003
Phone: 212.228.9795
Fax: 212.982.6284

*Attorneys for Plaintiffs and the Class Members*